| | | |
|---|---|---|
| **UNITED STATES DISTRICT COURT** | | **EASTERN DISTRICT OF TEXAS** |

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 1:12-CV-575 |
| § | |
| $136,165.00 IN UNITED STATES § | |
| CURRENCY, § | |
| § | |
| Defendants. § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The Court referred this case to the Honorable Zack Hawthorn, United States Magistrate Judge, for pretrial management pursuant to General Order 93-11. Pending before the Court is Claimant James B. Mack's Motion for Return of Seized Property. (Doc. No. 5.) The Court has received and considered the report (Doc. No.15) of the magistrate judge, who recommends that the Court deny Mack's motion. No objections have been filed to the magistrate judge's report and recommendation, and the time for doing so has passed. It is, therefore,

**ORDERED** that the magistrate judge's report and recommendation (Doc. No. 15) is **ADOPTED**, and Claimant James B. Mack's Motion for Return of Seized Property (Doc. No. 5) is **DENIED**.

SIGNED at Beaumont, Texas, this 6th day of August, 2013.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE